118 F.3d 1576
 In Interest of Bruce David Johnson, Harriet Sandomer
v.
Lancaster County Children & Youth Social Service Agency,
Patricia G. Lee, Individual Case Work Supervisor, Crystal
Gingrich, Individual Caseworker, Larry Phillips, Supervisor,
David Alspach, Esquire, William W. Campbell, Esquire, Andrew
M. Klein, Supervisor, Lancaster-Lebanon intermediate Unit
13, School District of Lancaster, gerald Ryan, Esquire,
Raymond Dimm, Detective, R. Russell Pugh, Esquire,
 NO. 94-2179
 United States Court of Appeals,
Third Circuit.
 June 13, 1997
 
 Appeal From: E.D.Pa. ,No.92cv07135 ,
 Huyett, J.
 
 
 1
 Affirmed.